On petition for review filed September 25, petition denied November 3, 1987

## STATE OF OREGON,
### *Respondent on Review,*

*v.*

## BRENT LEROUX,
### *Petitioner on Review.*

(TC 86-495 CR; CA A43252; SC S34461)

744 P2d 569

John P. Daugirda, Deputy Public Defender, and Gary D. Babcock, Public Defender, Salem, for petitioner on review.

No appearance contra.

MEMORANDUM OPINION

The petition for review is denied.

Gillette, J., concurred and filed an opinion in which Lent and Linde, JJ., joined.

**GILLETTE, J.,** concurring.

I concur in the denial of review in this case because the only issue of merit raised by the petition — whether *State v. Jordan,* 288 Or 391, 605 P2d 646, *cert den* 449 US 846 (1980), should be reconsidered under Article I, section 9, of the Oregon Constitution — was not raised in either the trial court or the Court of Appeals. Had it been raised in a timely manner, I would favor allowing review to examine the question.

Lent and Linde, JJ., join in this concurring opinion.